IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Patrick Anthony Lunt, | ) | Case No. 6:26-cv-4049-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| Municipal Judge Shanese Cunningham, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, proceeding pro se, filed this Complaint while incarcerated at Greenville County Detention Center. [Doc. 1.] On September 18, 2026, the Court issued an Order informing Plaintiff that his Complaint was not in proper form for service, and the Court directed Plaintiff to describe how Defendant was personally involved in the actions that harmed Plaintiff. [Doc. 13.] The Court warned Plaintiff that the failure to provide the necessary information within a specific time period may subject his case to dismissal. [*Id.*] The time for Plaintiff to file a response to the September 18 Order expired on October 9, 2026, and Plaintiff is presumed to have received the Order. However, Plaintiff has not submitted a response to the Court's Order.

It is well established that a district court has authority to dismiss a case for failure to prosecute. "The authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962). In addition to its inherent authority, this Court may also sua sponte dismiss a case for lack of prosecution under Fed. R. Civ. P. 41(b). *Id.* at 630. As

Plaintiff has failed to prosecute this case and has failed to comply with an Order of this Court, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

s/ Jacquelyn D. Austin
United States District Judge

October 26, 2026
Columbia, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.